| | |
|---|---|
| DAVID L. SKELTON, TRUSTEE #96250<br>525 B STREET, SUITE 1430<br>SAN DIEGO, CA 92101<br>(619) 338-4006 (Phone)<br>(619) 239-5242 (Fax) | FILED<br>10 DEC 13 PM 1:31<br>CLERK<br>U.S. BANKRUPTCY CT.<br>SO. DIST OF CALIF |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, CA 92101-6991 | |
| In Re:<br><br>LLOYD EDWARD DOZIER<br><br>1401 MARKET ST #166<br>SAN DIEGO, CA 92101-7233<br><br>Debtor. | Chapter 13<br><br>Bankruptcy Case No. 10-01660-PB13<br><br><br>UNDISTRIBUTED FUNDS |

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED

EXPLANATION OF SOURCES: DEBTOR REFUND CHECK - BAD ADDRESS

NAME OF PAYEE ON UNCLAIMED CHECK:

LLOYD EDWARD DOZIER
1401 MARKET ST #166
SAN DIEGO, CA 92101-7233

AMOUNT: $941.00

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtor, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [ ✓ ]DEBTOR    [ ✓ ]ATTORNEY    [  ]PAYEE

DATED: December 6, 2010

Patty Morgan
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE

JOHN A VARLEY #262584
7373 UNIVERSITY AVENUE STE 113
LA MESA, CA 91942